RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/18/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CAVENDER ENTERPRISE LEASING FAMILY, LLC | CIVIL ACTION NO. 10-1667 |
| VERSUS | JUDGE ROBERT G. JAMES |
| FIRST STATES INVESTORS 4200 LLC, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the above-captioned complaint, counterclaim, and cross-claim are hereby **DISMISSED, without prejudice**, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(h)(3).

THUS DONE AND SIGNED in chambers, this 18 day of August, 2011 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE